IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOSEPH LEVELL FAIRCHILD**                                         **PLAINTIFF**
**ADC #183021**

V.                   NO. 4:23-cv-01223-JM-ERE

**CLARENCE A. ANDERSON, JR. and**
**JUSTIN RICHARD**                                                **DEFENDANTS**

## ORDER

The Court has received a Recommendation for dismissal filed by Magistrate Judge Edie R. Ervin. After careful review of the Recommendation, Mr. Fairchild's timely objections, as well as a de novo review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Fairchild's official capacity claims against Defendants are DISMISSED, with prejudice. His claims against Defendants in their individual capacities survive.

IT IS SO ORDERED, this 19th day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE