IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOSEPH LEVELL FAIRCHILD**     **PLAINTIFF**
**ADC #183021**

V.     NO. 4:23-cv-01223-JM-ERE

**CLARENCE A. ANDERSON, JR. and**
**JUSTIN RICHARD**     **DEFENDANTS**

## ORDER

The Court has received a Recommendation for dismissal filed by Magistrate Judge Edie R. Ervin. The parties have not filed objections, and the time to do so has expired. After careful review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Fairchild's claims against Defendant Clarence A. Anderson, Jr. are DISMISSED, without prejudice, for failure of service. The Clerk is instructed to terminate Clarence A. Anderson, Jr. as a party Defendant.

IT IS SO ORDERED, this 20th day of June, 2024.

_____
UNITED STATES DISTRICT JUDGE