# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JOSEPH LEVELL FAIRCHILD**  **PLAINTIFF**
**ADC #183021**

V.                              NO. 4:23-cv-01223-JM

**JAMARCUS RICHARDS**  **DEFENDANT**

## ORDER

The Court has received a Recommendation for dismissal filed by Magistrate Judge Edie R. Ervin. The parties have not filed objections, and the time to do so has expired. After careful review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Defendant Richards' motion for summary judgment (*Doc. 36*) is GRANTED. Mr. Fairchild's remaining excessive force claim is DISMISSED, without prejudice, for failure to exhaust administrative remedies. The Clerk is instructed to close this case.

IT IS SO ORDERED, this 7th day of October, 2024.

_____
UNITED STATES DISTRICT JUDGE