IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOSEPH LEVELL FAIRCHILD**     **PLAINTIFF**
**ADC #183021**

V.     NO. 4:23-cv-01223-JM

**JAMARCUS RICHARDS**     **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 7th day of October, 2024.

_____
UNITED STATES DISTRICT JUDGE